# United States District Court

## Southern District of Georgia

THE PENN MUTUAL LIFE
INSURANCE COMPANY

Case No.     4:21-cv-218

Plaintiff

v.   SHAHIN AFSHARIAN
CAMPUZANO

Appearing on behalf of

Defendant Shahin Afsharian Campuzano

Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  8th  day of  October , 2021 .

*Christopher L. Ray*

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:   Michael Wentz

Business Address:   Boonswang Law

Firm/Business Name

1500 Sansom Street, Suite 200

Street Address

|                         | Philadelphia | PA    | 19102 |
|-------------------------|--------------|-------|-------|
| Street Address (con't)  | City         | State | Zip   |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |

215.940.8900

Telephone Number (w/ area code)    Georgia Bar Number

Email Address:   Michael@boonswanglaw.com